UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 5, 2024
KELLY L. STEPHENS, Clerk

No. 23-1720

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DUANE LETROY BERRY,

    Defendant-Appellant.

Before: STRANCH, BUSH, and MATHIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that the motion to dismiss is granted and the appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk